UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WILLIAM AGUILERA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:21-cv-00819-BAK-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand from the Court, SSA's Appeals Council will direct the Administrative Law Judge (ALJ) to further develop the record, offer the claimant the opportunity for a new hearing, and issue a new decision.  The ALJ will obtain supplemental vocational expert testimony and, in accordance with Social Security Ruling 00-4p (2000), make a new Step 5 finding. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 26th day of May 2022.

Dated:  May 26, 2022            */s/ Jonathan O. Pena*
                                Jonathan O. Pena
                                Attorney for Plaintiff
                                *Authorized via e-mail on May 26, 2022

| | | |
|---|---|---|
| Dated:  May 26, 2022 | | PHILIP A. TALBERT<br>United States Attorney<br>WILLY M. LE<br>Acting Regional Chief Counsel, Region VI<br>Social Security Administration |
| | By: | */s/ Kendall Rees*<br>KENDALL REES<br>Special Assistant United States Attorney |
| | | Attorneys for Defendant |

### **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **May 26, 2022**                              **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE